RECEIVED
JUL 18 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 98-50036-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| ROBERT W. CLARK, JR. | MAGISTRATE JUDGE HORNSBY |

### O R D E R

Before this Court is a Motion to Review and Correct a Federal Sentence in Violation of Law Under Title 18 U.S.C. § 3741 & Title 18 U.S.C. § 3742 [Doc. # 416] filed by defendant, Robert W. Clark, Jr., wherein defendant relies on United States v. Booker, 125 S.Ct. 738 (2005).

The United States Supreme Court, in Booker, supra, held that Blakely v. Washington, 124 S.Ct. 2531 (2004), applies to the Sentencing Guidelines. However, the Booker Court also determined that their holding would apply to "all cases on direct review." Booker, supra at 769. As this matter is no longer on direct review, **IT IS ORDERED** that defendant's Motion to Review and Correct a Federal Sentence [Doc. # 416] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17 day of July, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE