U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 10 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
       SHREVEPORT

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 5:98CR50036-01** |
| **VERSUS** | **JUDGE WALTER** |
| **ROBERT W. CLARK, JR.** | **MAGISTRATE JUDGE HORNSBY** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 7 Day of Aug, 2007.

Donald E. Walter
UNITED STATES DISTRICT JUDGE